IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

      Plaintiff,                             No. 2: 12-cv-1769 GEB JFM PS

   vs.

LAN WANG, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff is proceeding in forma pauperis and has sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on October 31, 2012. On November 5, 2012, plaintiff filed a notice of appeal. On November 7, 2012, the United States Court of Appeals for the Ninth Circuit referred the matter back to this court for the limited purpose of determining whether the in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith.

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

FED. R. APP. P. 24(a). After review of the record herein, the court finds that the appeal is

1

1  frivolous and not taken in good faith for the reasons outlined in the September 19, 2012 findings
2  and recommendations.  Specifically, there is no constitutional right to access to police reports.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's appeal is certified to be
4  frivolous and not taken in good faith.
5  Dated:  December 11, 2012

```
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```